# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:23−mj−00252−BK−1

1:23-cr-43(1) RP

| | |
|---|---|
| Case title: USA v. Yusuff et al | Date Filed: 03/08/2023 |
| Other court case number: AU:23−CR−00043−RP Western District of Texas (Austin) | Date Terminated: 03/10/2023 |

Assigned to: Magistrate Judge Renee Harris Toliver

**Defendant (1)**

| | | |
|---|---|---|
| **Abraham Yusuff**<br>*TERMINATED: 03/10/2023* | represented by | **Federal Public Defender**<br>Federal Public Defender − Dallas<br>525 Griffin St<br>Suite 629<br>Dallas, TX 75202<br>214−767−2746<br>Fax: 214−767−2886<br>Email: jason_hawkins@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Indictment | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Nicole Trease Hammond−DOJ**<br>United States Attorney's Office<br>Northern District of Texas<br>1100 Commerce Street<br>Suite 300<br>Dallas, TX 75242<br>214−659−8713<br>Fax: 214−659−8773<br>Email: nicole.hammond2@usdoj.gov<br>*LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2023 | 1 | Rule 5 Indictment as to Abraham Yusuff (1), Meghan Inyang (2). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Entered: 03/08/2023) |
| 03/08/2023 | 2 | MOTION for Detention and Continue Detention Hearingfiled by USA as to Abraham Yusuff. (mcrd) (Entered: 03/08/2023) |
| 03/10/2023 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Abraham Yusuff. Federal Public Defender for Abraham Yusuff appointed. (Ordered by Magistrate Judge Renee Harris Toliver on 3/10/2023) (mcrd) (Entered: 03/10/2023) |
| 03/10/2023 | 8 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: Initial Appearance as to Abraham Yusuff held on 3/10/2023. Date of Arrest: 3/9/2023. The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Attorney Appearances: AUSA – Nicole Dana; Defense – Laura Harper. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO King.) (mcrd) (Entered: 03/10/2023) |
| 03/10/2023 | 9 | ELECTRONIC ORDER As to Abraham Yusuff: by this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge Renee Harris Toliver on 3/10/2023) (mcrd) (Entered: 03/10/2023) |
| 03/10/2023 | 10 | ORDER granting 2 Motion for Detention as to Abraham Yusuff (1). (Ordered by Magistrate Judge Renee Harris Toliver on 3/10/2023) (mcrd) (Entered: 03/10/2023) |
| 03/10/2023 | 11 | (Document Restricted) CJA 23 Financial Affidavit by Abraham Yusuff. (mcrd) (Entered: 03/10/2023) |
| 03/10/2023 | 12 | WAIVER of Rule 5 Hearings by Abraham Yusuff. (mcrd) (Entered: 03/10/2023) |
| 03/10/2023 | 13 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Abraham Yusuff. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Western District of Texas (Austin). (Ordered by Magistrate Judge Renee Harris Toliver on 3/10/2023) (mcrd) (Entered: 03/10/2023) |
| 03/10/2023 | 18 | Notice FROM Texas Northern TO Western District of Texas (Austin)) of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Abraham Yusuff. Your case number is: AU:23CR00043RPAU:23CR00043RP. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 03/10/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABRAHAM YUSUFF | NO. 3:23-MJ-00252-BK |

**MOTION TO DETAIN DEFENDANT AND CONTINUE DETENTION HEARING**

The United States moves for pre-trial detention of defendant, **Abraham Yusuff**, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

      \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

      \_\_\_\_\_ Maximum sentence life imprisonment or death

      \_\_\_\_\_ 10 + year drug offense

      \_\_\_\_\_ Felony, with two prior convictions in above categories

      \_\_X\_\_ Serious risk defendant will flee

      \_\_\_\_\_ Serious risk obstruction of justice

      \_\_\_\_\_ Felony involving a minor victim

      \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

      \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   _____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

   _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   _____ At first appearance

   __X__ After continuance of __3__ days (not more than 3).

DATED this 8th day of March, 2023.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Nicole Hammond
NICOLE HAMMOND
Assistant United States Attorney
D.C. Bar No. 1044796
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8713
Fax: 214-659-8773
Email: nicole.hammond2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 8th day of March, 2023.

/s/ Nicole Hammond
NICOLE HAMMOND
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE Northern District of Texas
# Dallas

| | |
|---|---|
| USA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 3:23–mj–00252–BK |
| ) | |
| Abraham Yusuff ) | |
|     Defendant. ) | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

    Based on the defendant's sworn Financial Affidavit and representations in open court, the Court finds that the defendant is financially unable to obtain counsel. Pursuant to 18 USC § 3006A, the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the defendant for all proceedings, including any appeal.

    SO ORDERED ON 3/10/2023.

_____
Renee Harris Toliver
Magistrate Judge

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 10 2023

CLERK, U.S. DISTRICT COURT
By: _____
      Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:23-mj-00252-BK *SEALED* |
| | § | |
| v. | § | |
| | § | |
| ABRAHAM YUSUFF (1) | § | Charging District's Case No. AU:23-CR-00043-RP |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the Western District of Texas (Austin).

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10th day of March, 2023

_____
Defendant's Signature

_____
Signature of defendant's attorney

LAURA S. HARPER
Printed name of defendant's attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:23-mj-00252-BK *SEALED* |
| | § | Other Dist. Docket No. AU:23-CR-00043- |
| | § | RP |
| v. | § | |
| | § | Western District of Texas |
| ABRAHAM YUSUFF (1) | § | Austin Division |

*[Filed stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FILED MAR 10 2023, CLERK, U.S. DISTRICT COURT, By ___ Deputy]*

REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of **FRAUD CONSPIRACY; MONEY LAUNDERING CONSPIRACY; MAIL FRAUD; WIRE FRAUD; ACCESS DEVICE FRAUD; AGGRAVATED IDENTITY THEFT.** Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)  Transfer**

- [x] Defendant waived the requirement that a copy of the warrant be produced.
- [ ] The government has produced a copy of the warrant, and
- [x] The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:
  - [x] The defendant waived identity hearing.
  - [ ] An identity hearing was conducted, and the defendant's identity was established.
- [ ] The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:  Preliminary Hearing**

- [x] No preliminary hearing is necessary because the defendant is charged by indictment.
- [ ] The defendant waived a preliminary hearing.
- [ ] The defendant elected to have a preliminary hearing in the district where the prosecution is pending.
- [ ] The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:
  - [ ] There is probable cause to believe that the defendant committed the offense(s) charged.
  - [ ] There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

Rule 5(d)(3)

- ☐ No detention hearing is necessary because the government did not move to detain the defendant.
- ☐ The defendant waived a detention hearing.
- ☒ The defendant elected to have a detention hearing in the district where the prosecution is pending.
- ☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:
  - ☐ The defendant should be detained.
  - ☐ The defendant should be released on bond.

## ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

- ☒ You are commanded to transfer the above-named defendant forthwith to the district in which he/~~she~~ is charged and there deliver him/~~her~~ to the United States Marshal for that district or to some other officer authorized to receive him/~~her~~.
- ☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.
- ☐ It is ORDERED that this defendant be discharged.

DATE: 3/10/2023

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE